IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PEDRO OMAR GUTIERREZ,<br><br>　　　　　　Defendant. | CASE NO. 1:05-CR-305 OWW<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO CORRECT WRITTEN JUDGMENT (FED.R.CRIM.P. 36) AND ORDERING AMENDED JUDGMENT TO BE FILED FORTHWITH |

　　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having moved pursuant to Fed.R.Crim.P. 36 to correct the written judgment filed in this case on June 27, 2006 in order to conform to the oral pronouncement of judgment, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the written judgment in this case, signed on March 24, 2006 and filed on June 27, 2006, shall be amended to read at page 2, under the title "Imprisonment," as follows: "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 120 months as to Count 1 and 120 months as to Count 2, to run concurrently for a total term of 120 months."

　　　IT IS FURTHER ORDERED THAT the amended judgment should issue forthwith and filed with the Court.

IT IS SO ORDERED.

Dated:   September 2, 2014　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

ORDER GRANTING GOVERNMENT'S MOTION TO
CORRECT SENTENCE (FED.R.CRIM.P. 36)　　　　1